UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

   Plaintiff,

  v.

DEPARTMENT OF TRANSPORTATION,

   Defendant.

Civil Action No. 25-1924 (AHA)

## STIPULATION OF DISMISSAL

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  May 15, 2026

PROTECT THE PUBLIC'S TRUST
By Counsel:

*/s/ Karin Sweigart*
Karin Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 433-1700
KSweigart@Dhillonlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:   */s/ Amanda L. Torres*
 AMANDA L. TORRES
 D.C. Bar No. 1562702
 Assistant United States Attorney
 601 D Street, NW
 Washington, DC 20530
 (202) 252-2507
 Amanda.Torres@usdoj.gov

*Attorneys for the United States of America*